UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS ACTION

**ATTACH THIS FORM TO YOUR COMPLAINT**

ANTHONY W. ROGERS            :       PRISONER
[Your name]                  :       NO: _____ cv _____ ( )
                Plaintiff,   :       [Leave blank for Clerk]
                             :
vs.                          :
A. Tolnay, J. Bernardi, D. Cohen, J. :
Valdes, A. Weisgerber, N. Alicea, E. :
Vitarbo, H. Billing, and John Walkley :
                             :
_____
[People you are suing]       :
                Defendant(s):

I, Anthony W. Rogers_____, [your name] state that, because of my poverty, I am unable to pay the filing fee for the above-captioned lawsuit at the time that I file my complaint. I therefore request permission to file my complaint without pre-payment of the filing fee and to proceed in forma pauperis (as a poor person).

I understand that I cannot file for free. I realize that even if the Court allows me to proceed in forma pauperis I will have to pay the full filing fee of **$350** through installments deducted from my inmate trust fund. I also understand that the Department of Correction Inmate Trust Fund will continue to deduct money from my

inmate trust fund to pay the filing fee to the Court even if my lawsuit is dismissed.

I also understand that I must support my claim of poverty by truthfully answering all of the following questions and by obtaining a signed certification of the balance on my inmate trust fund from the DOC Inmate Trust Fund or my prison counselor. I realize that I may be prosecuted for perjury if I lie on this application, and that perjury is punishable by imprisonment for up to five years and/or a fine of $250,000 (18 U.S.C. §§ 1621, 3571).

**WARNING: You MUST complete EVERY section or your application will be denied. Answer every question truthfully and accurately.**

1. Full Name: Anthony Rogers
2. Inmate Number: 288194
3. Correctional Institution: Garner C.I.
4. Are you currently employed? (Yes or No) Yes
5. If you are currently employed, state your job title and the amount you get paid each month:

   Job: Barber

   Monthly wages: $ 35.00

6. Within the past twelve (12) months, how much money have you received from the following sources? [If none, write "zero"]

   a. Employment: Type Barber - June 2018    $ 105.00
   b. Rent someone paid you:    $ zero
   c. Interest on savings:    $ zero
   d. Dividends on investments: $ zero
   e. Pension, annuity, or life insurance: $ zero
   d. Gifts or inheritances:    $ zero
   e. Other sources: Type Family    $ 1,200.00

**TURN OVER**

7.  How much money do you have in cash, or in checking or savings accounts, including your inmate trust account? [If none, write "zero"]

    $ 78.00 inmate account

8.  What is the total value of property you own excluding ordinary household furnishings and clothing, but including automobiles, real estate, stocks, bonds, and notes? [If none, write "zero"]

    $ zero

9.  How much money do you contribute **each month** to the support of family members or other individuals? Provide the name of each person you support and the relationship between you (e.g., husband, wife, domestic partner, child, or grandparent). [If you need more space, attach an additional page.]

    a.  Name & Relationship: _____ $ zero
    b.  Name & Relationship: _____ $ zero
    c.  Name & Relationship: _____ $ zero

**DECLARATION UNDER PENALTY OF PERJURY**

**WARNING: You MUST sign this section or your application for IFP status will be denied**

I, Anthony Rogers , the applicant, declare under penalty of perjury that the information I have provided in this application is true and correct.

Signed: _____

Dated: 9-19- , 2018

**WARNING: You have not finished. You MUST complete the next section.**

**TURN OVER**

PRISONER AUTHORIZATION

WARNING: You MUST complete and sign this section and then show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section.

Your name: Anthony Rogers
Your inmate number: 288194
DOC facility where you are detained: Garner C.I.

**Case Number** [leave blank for Clerk]:
**Filing Date** [leave blank for Clerk]:

I, Anthony W. Rogers, the applicant, understand that even if my request for In Forma Pauperis status is granted, Congress has said that I must pay the full filing fee of $350, which will be deducted in installments from my inmate trust fund. I further understand that the deductions from my inmate trust fund will continue until the full fee is paid, even if my case is dismissed before then.

I authorize the Department of Correction Inmate Trust Fund to: (1) certify on the next page of this application the current and average balance over the last six months for my inmate trust fund; (2) send the Court copies of my trust fund statement for the past six months; (3) obtain funds to cover the $350 filing fee by deducting installment payments from my inmate trust fund based on the average of deposits to or balance in my inmate trust fund, in accordance with 28 U.S.C. Section 1915; (4) send the $350 payment for the filing fee to the Court.

Signed: _____ [Your signature]
Date: September 19th, 2018 [Today's date]

WARNING: You have not finished. You MUST show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section. Do NOT send this application to the Court without the signature of the Inmate Trust Fund Department or your prison counselor on the next page.

Revised 8/1/07                                                4

CERTIFICATION OF INMATE ACCOUNT BALANCE

**WARNING: You MUST show this application to the Inmate Trust Fund Department or your prison counselor so that they can read page 4 and sign this section.**

Your name: Anthony Rogers
Your inmate number: 288194
DOC facility where you are detained: Garner C.I

I, _Counselor Coyne_, counselor / employee of the Connecticut Department of Correction Inmate Trust Fund, certify that the applicant named herein has the sum of $ _78.50_ on account.

I further certify that, according to the records of the institution, the applicant's average balance for the last six months was $ _90.32_ and the average monthly deposits during the same period were $ _39.98_ .

A certified copy of the applicant's trust fund statement for the last six (6) months is attached.

Signed: _____
(Inmate Trust Fund Officer or Prison Counselor)

Name & Rank: _R. Coyne Correctional Counselor_

Date: _September 21,_ 20_18_

# CHECKLIST FOR IFP APPLICATION

**NOTE:** **Before you send this application to the Court you MUST:**

- ✓ Sign the Declaration under Penalty of Perjury on p. 3
- ✓ Sign the Prisoner Authorization on p. 4
- ✓ Show the application to the Inmate Trust Fund Department or your prison counselor and have them sign p. 5
- ✓ Answer every question truthfully and accurately

**When the Inmate Trust Fund Department or your counselor has signed page 5, attach this form to your complaint and send it to the Court on one of the addresses provided on the complaint form.**

DOC#:   0000288194    Name: ROGERS, ANTHONY              [Birth_Date]: 11/25/1982
LOCATION: 136-E

ACCOUNT BALANCES Total:        78.50       CURRENT:      78.50       HOLD:      0.00

|  | 03/24/2018 | 09/24/2018 |
|---|---|---|
| SUB ACCOUNT | START BALANCE | END BALANCE |
| SPENDABLE BALANCE | 59.75 | 78.50 |
| DISCHARGED SAVINGS |  |  |
| PLRA |  |  |
| HOLIDAY PACKAGES |  |  |
| BONDS |  |  |
| COST OF INCARCERATION |  |  |
| REENTRY ID | 0.00 | 0.00 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| ODEN | MED DEN OBLIGATION | 125-03/17/11 | 0.00 | 3.00 | 0.00 |

### TRANSACTION DESCRIPTIONS -- SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/26/2018 | CRS | CRS SAL ORD #12960812 D2 | ( 37.70) | 22.05 |
| 03/29/2018 | DSP | EFS /E UN DSP /FUL   /Rg:1 7 @0.75 03/16/2018-03/22/2018 EFS /E U | 10.50 | 32.55 |
| 03/29/2018 | WCOP | Copies  136 | ( 1.00) | 31.55 |
| 03/30/2018 | WU_TXN | WUINTERF: TXN_TRACE 1808980087071406, TXN_DATE 03/30/2018, NET_AMOUNT | 25.00 | 56.55 |
| 04/03/2018 | CSR | CSR SAL ORD #12940056 | 2.40 | 58.95 |
| 04/03/2018 | WU_TXN | WUINTERF: TXN_TRACE 1809380134675707, TXN_DATE 04/03/2018, NET_AMOUNT | 100.00 | 158.95 |
| 04/04/2018 | CRS | CRS SAL ORD #12973097 D2 | ( 15.95) | 143.00 |
| 04/10/2018 | CRS | CRS SAL ORD #12983333D2 | ( 5.05) | 137.95 |
| 04/11/2018 | CRS | CRS SAL ORD #12983743 D2 | ( 25.50) | 112.45 |
| 04/11/2018 | CSR | CSR SAL ORD #12960812 | 0.57 | 113.02 |
| 04/13/2018 | DSP | EFS /E UN DSP /FUL   /Rg:1 7 @0.75 03/30/2018-04/05/2018 EFS /E U | 10.50 | 123.52 |
| 04/16/2018 | WCOP | Copies  136 | ( 8.00) | 115.52 |
| 04/16/2018 | WU_TXN | WUINTERF: TXN_TRACE 1810683538678423, TXN_DATE 04/16/2018, NET_AMOUNT | 15.00 | 130.52 |
| 04/18/2018 | CRS | CRS SAL ORD #12995149 D2 | ( 33.62) | 96.90 |
| 04/24/2018 | CRS | CRS SAL ORD #13003557 D2 | ( 35.05) | 61.85 |
| 04/26/2018 | JP_TXN | JPINTERF: TXN_TRACE 85010057, TXN_DATE 04/26/2018, NET_AMOUNT 5000, AG | 50.00 | 111.85 |
| 04/27/2018 | DSP | EFS /E UN DSP /FUL   /Rg:1 7 @0.75 04/13/2018-04/19/2018 EFS /E U | 10.50 | 122.35 |
| 05/01/2018 | CRS | CRS SAL ORD #13013775D2 | ( 2.98) | 119.37 |
| 05/02/2018 | CRS | CRS SAL ORD #13014975 D2 | ( 60.06) | 59.31 |
| 05/03/2018 | WU_TXN | WUINTERF: TXN_TRACE 1812389237536376, TXN_DATE | 100.00 | 159.31 |

= # of deposits

DOC#:    0000288194    Name: ROGERS, ANTHONY                       [Birth_Date]: 11/25/1982
LOCATION: 136-E

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
|  |  | 05/03/2018, NET_AMOUNT |  |  |
| 05/08/2018 | CRS | CRS SAL ORD #13025138D2 | ( 21.78) | 137.53 |
| 05/08/2018 | CSR | CSR SAL ORD #13025138 | 21.78 | 159.31 |
| 05/09/2018 | CRS | CRS SAL ORD #13025230 D2 | ( 32.55) | 126.76 |
| 05/09/2018 | CSR | CSR SAL ORD #13003557 | 5.79 | 132.55 |
| 05/09/2018 | WCOP | Copies 136 | ( 4.50) | 128.05 |
| 05/15/2018 | CRS | CRS SAL ORD #13034687 D2 | ( 23.82) | 104.23 |
| 05/15/2018 | DSP | EFS /E UN DSP /FUL /Rg:1 7 @0.75 | 7.50 | 111.73 |
|  |  | 04/27/2018-05/03/2018 EFS /E U |  |  |
| 05/21/2018 | CRS | CRS SAL ORD #13042696D2 | ( 20.05) | 91.68 |
| 05/21/2018 | CRS | CRS SAL ORD #13042808 D2 | ( 33.68) | 58.00 |
| 05/24/2018 | CSR | CSR SAL ORD #13014975 | 0.42 | 58.42 |
| 05/24/2018 | WPHO | Photos SP 136 | ( 7.50) | 50.92 |
| 05/25/2018 | DSP | EFS /E UN DSP /FUL /Rg:1 7 @0.75 | 10.50 | 61.42 |
|  |  | 05/11/2018-05/17/2018 EFS /E U |  |  |
| 05/26/2018 | WU_TXN | WUINTERF: TXN_TRACE | 25.00 | 86.42 |
|  |  | 1814683173709851, TXN_DATE |  |  |
|  |  | 05/26/2018, NET_AMOUNT |  |  |
| 06/01/2018 | CRS | CRS SAL ORD #13057435 D2 | ( 36.19) | 50.23 |
| 06/01/2018 | CRS | CRS SAL ORD #13058245D2 | ( 24.55) | 25.68 |
| 06/01/2018 | WU_TXN | WUINTERF: TXN_TRACE | 100.00 | 125.68 |
|  |  | 1815281508551218, TXN_DATE |  |  |
|  |  | 06/01/2018, NET_AMOUNT |  |  |
| 06/06/2018 | CRS | CRS SAL ORD #13063520 D2 | ( 35.83) | 89.85 |
| 06/12/2018 | DSP | EFS /E UN DSP /FUL /Rg:1 7 @0.75 | 10.50 | 100.35 |
|  |  | 05/25/2018-05/31/2018 EFS /E U |  |  |
| 06/13/2018 | CRS | CRS SAL ORD #13074668 D2 | ( 40.37) | 59.98 |
| 06/18/2018 | WU_TXN | WUINTERF: TXN_TRACE | 40.00 | 99.98 |
|  |  | 1816984658868366, TXN_DATE |  |  |
|  |  | 06/18/2018, NET_AMOUNT |  |  |
| 06/19/2018 | CRS | CRS SAL ORD #13082445 D2 | ( 27.65) | 72.33 |
| 06/25/2018 | WPOS | Postage 136 | ( 0.50) | 71.83 |
| 06/25/2018 | CSR | CSR SAL ORD #13058245 | 24.55 | 96.38 |
| 06/25/2018 | CRS | CRS SAL ORD #13091580 D2 | ( 28.73) | 67.65 |
| 06/26/2018 | DSP | EBA /E UN DSP /FUL /Rg:3 5 @1.75 | 17.50 | 85.15 |
|  |  | 06/08/2018-06/14/2018 EBA /E U |  |  |
| 06/27/2018 | WPOS | Postage 136 | ( 1.84) | 83.31 |
| 06/27/2018 | WPOS | Postage 136 | ( 3.52) | 79.79 |
| 06/28/2018 | WCOP | Copies 136 | ( 4.00) | 75.79 |
| 07/03/2018 | WU_TXN | WUINTERF: TXN_TRACE | 100.00 | 175.79 |
|  |  | 1818486579210026, TXN_DATE |  |  |
|  |  | 07/03/2018, NET_AMOUNT |  |  |
| 07/05/2018 | CRS | CRS SAL ORD #13104707 D2 | ( 31.36) | 144.43 |
| 07/11/2018 | CRS | CRS SAL ORD #13113563 D2 | ( 52.84) | 91.59 |
| 07/11/2018 | DSP | EBA /E UN DSP /FUL /Rg:3 5 @1.75 | 17.50 | 109.09 |
|  |  | 06/22/2018-06/28/2018 EBA /E U |  |  |
| 07/16/2018 | WPOS | Postage 136 | ( 2.26) | 106.83 |
| 07/17/2018 | CRS | CRS SAL ORD #13123333 D2 | ( 29.76) | 77.07 |
| 07/23/2018 | WU_TXN | WUINTERF: TXN_TRACE | 20.00 | 97.07 |
|  |  | 1820488212703095, TXN_DATE |  |  |

DOC#:    0000288194     Name: ROGERS, ANTHONY                    [Birth_Date]: 11/25/1982
LOCATION: 136-E

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| | | 07/23/2018, NET_AMOUNT | | |
| 07/24/2018 | DSP | EBA /E UN DSP /FUL /Rg:3 5 @1.75 | 17.50 | 114.57 |
| | | 07/06/2018-07/12/2018 EBA /E U | | |
| 07/25/2018 | CRS | CRS SAL ORD #13132589 D2 | ( 34.46) | 80.11 |
| 07/30/2018 | WCOP | Copies   136 | ( 5.00) | 75.11 |
| 07/30/2018 | WCOP | Copies   136 | ( 4.25) | 70.86 |
| 07/30/2018 | WPOS | Postage  136 | ( 2.47) | 68.39 |
| 07/30/2018 | WPOS | Postage  136 | ( 1.63) | 66.76 |
| 08/01/2018 | CRS | CRS SAL ORD #13142966 D2 | ( 48.73) | 18.03 |
| 08/01/2018 | CSR | CSR SAL ORD #13123333 | 2.80 | 20.83 |
| 08/03/2018 | WU_TXN | WUINTERF: TXN_TRACE | 100.00 | 120.83 |
| | | 1821589081033607, TXN_DATE | | |
| | | 08/03/2018, NET_AMOUNT | | |
| 08/07/2018 | DSP | EBA /E UN DSP /FUL /Rg:3 5 @1.75 | 17.50 | 138.33 |
| | | 07/20/2018-07/26/2018 EBA /E U | | |
| 08/08/2018 | CRS | CRS SAL ORD #13152959 D2 | ( 50.84) | 87.49 |
| 08/13/2018 | WCOP | Copies   136 | ( 1.50) | 85.99 |
| 08/15/2018 | CRS | CRS SAL ORD #13161781 D2 | ( 42.08) | 43.91 |
| 08/17/2018 | DSP | EBA /E UN DSP /FUL /Rg:3 5 @1.75 | 17.50 | 61.41 |
| | | 08/03/2018-08/09/2018 EBA /E U | | |
| 08/18/2018 | WU_TXN | WUINTERF: TXN_TRACE | 25.00 | 86.41 |
| | | 1823086778109164, TXN_DATE | | |
| | | 08/18/2018, NET_AMOUNT | | |
| 08/21/2018 | CRS | CRS SAL ORD #13170652D2 | ( 5.05) | 81.36 |
| 08/22/2018 | CRS | CRS SAL ORD #13171374 D2 | ( 25.86) | 55.50 |
| 08/29/2018 | CRS | CRS SAL ORD #13180417 D2 | ( 33.95) | 21.55 |
| 08/29/2018 | CSR | CSR SAL ORD #13161781 | 4.86 | 26.41 |
| 08/31/2018 | WU_TXN | WUINTERF: TXN_TRACE | 100.00 | 126.41 |
| | | 1824387998117607, TXN_DATE | | |
| | | 08/31/2018, NET_AMOUNT | | |
| 09/04/2018 | CRS | CRS SAL ORD #13189212 D2 | ( 28.66) | 97.75 |
| 09/05/2018 | DSP | EBA /E UN DSP /FUL /Rg:3 5 @1.75 | 17.50 | 115.25 |
| | | 08/17/2018-08/23/2018 EBA /E U | | |
| 09/12/2018 | CRS | CRS SAL ORD #13199913 D2 | ( 38.96) | 76.29 |
| 09/14/2018 | DSP | EBA /E UN DSP /FUL /Rg:3 5 @1.75 | 17.50 | 93.79 |
| | | 08/31/2018-09/06/2018 EBA /E U | | |
| 09/14/2018 | WU_TXN | WUINTERF: TXN_TRACE | 50.00 | 143.79 |
| | | 1825780237560053, TXN_DATE | | |
| | | 09/14/2018, NET_AMOUNT | | |
| 9/18/2018 | CRS | CRS SAL ORD #13210327 D2 | ( 65.29) | 78.50 |