# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Anthony W. Rogers
Name of Plaintiff/Petitioner

v.                                                          Case No. _____

Alexander Tolnay et. al
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Anthony Rogers

   Your present mailing address: 50 Nunnawauk Rd.
   Newtown, CT 06470

   Telephone number: ( ) N/A

2. Are you presently employed? YES ✓ NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. D.O.C
   $8.75 per week

   _____ Weekly earnings: $8.75

4. If you are not presently employed, please provide the name and address of your last

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

_____

_____

Date last worked: _____

Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:
a) salary, wages, commissions, or earned income of any kind? _10 S.00 From D.O.C_

b) interest, dividends, rents or investments of any kind? _NONE_

c) gifts or inheritances of any kind? _NONE_

6. How much money do you have in any checking or savings account(s)?

Checking: _NONE_

Savings: _NONE_

Prison account: _$78.00_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ____ NO _✓_

If YES, describe the property and state the approximate value: _____

_____

8. How much money do you owe others? _NONE_

For each debt, state the name of the creditor and the amount owed:
CREDITOR                                                      AMOUNT OWED

Rev. 2/3/05                                2

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

9.  List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

    _____

    _____

    _____

    _____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

    I been in Jail since 2005.

    _____

    _____

    _____

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _____

My complaint outlines corrupt Police and Prosecutor's Actions.

(Additional space on next page)

_____
_____
_____
_____
_____

## EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name  Mike Skibes

   Date you contacted this attorney  2016-17

   Method of contact (in person, by telephone, etc.) Came to visit me Regarding Another civil case

   Reason why attorney was not employed to handle your case  Had A lot of other cases, Hands Full.

   ---

   b) Attorney's name  Michael Stratton

   Date you contacted this attorney  2018

   Method of contact (in person, by telephone, etc.)  Letter

Reason why attorney was not employed to handle your case _Never wrote me back_

c) Attorney's name _Mr. Horgan_

Date you contacted this attorney _2017_

Method of contact (in person, by telephone, etc.) _letter_

Reason why attorney was not employed to handle your case _Never wrote me back_

15. Explain any other efforts you have made to obtain an attorney to handle your case.

16. Please provide any other information which supports your application for the court to appoint counsel.

17. Do you need a lawyer who speaks a language other than English?
    YES ____ NO ✓

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

9-19-2018
Date

Original Signature of Movant

Anthony Rogers #288194

50 Nunnawauk Rd.

Newtown, CT 06470
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                                    6