# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ANTHONY W. ROGERS,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO. 3:18-CV-1687 (AWT)** |
| | : | |
| **v.** | : | |
| | : | |
| **ALEXANDER TOLNAY,** | : | |
| **JAMES BERNARDI,** | : | |
| **DAVID I. CONEN,** | : | |
| **JOSEPH VALDES,** | : | |
| **ARTHUR WEISGERBER,** | : | |
| **N. ALICEA,** | : | |
| **ERNEST VITARBO,** | : | |
| **HARRY RILLING,** | : | |
| **JOHN WALKLEY,** | : | |
| *All in their individual and official capacities,* | : | |
| | : | |
| **Defendants.** | : | |

## JUDGMENT

This action came on for consideration of a complaint before the Honorable Alvin W. Thompson, United States District Judge.

On October 30, 2018, the Court filed its Initial Review Order dismissing the complaint with prejudice under the principle set forth in Heck v. Humphrey, 512 U.S. 477. It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of the defendants. The complaint is dismissed with prejudice and the case is closed.

Dated at Hartford, Connecticut, this 2nd day of November, 2018.


ROBIN D. TABORA, Clerk


By   /s/  Linda S. Ferguson
    Linda S. Ferguson
    Deputy Clerk


EOD:11/2/18